IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA L. MCGREW,

    Plaintiff,                                   13cv0144
                                            **ELECTRONICALLY FILED**

       v.

CAROLYN W. COLVIN, *Commissioner of*
*Social Security*,

    Defendant.

## Order of Court

And now, this 14th day of June, 2013, for the reasons set forth in the accompanying Memorandum Opinion (doc. no. 10), Plaintiff's Motion for Summary Judgment (doc. no. 6) is GRANTED in PART and DENIED in PART, and Defendant's Motion for Summary Judgment (doc. no. 8) is DENIED.  The decision of the Administrative Law Judge is VACATED and the case is REMANDED for a *de novo* hearing.

                                                              s/ Arthur J. Schwab
                                                              Arthur J. Schwab
                                                              United States District Judge

cc/ecf:  All counsel of record.